ACCEPTED
03-16-00718-CV
13659091
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/8/2016 8:20:20 AM
JEFFREY D. KYLE
CLERK

# No. 03-16-00718-CV

## IN THE COURT OF APPEALS FOR THE THIRD DISTRICT OF TEXAS AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/8/2016 8:20:20 AM
JEFFREY D. KYLE
Clerk

## IN RE VOLKSWAGEN CLEAN DIESEL LITIGATION: TCAA ENFORCEMENT CASE

On Petition for Permissive Interlocutory Appeal from MDL No. 15-0844, pending in the 353rd Judicial District Court Travis County, Texas

## JEFFERSON COUNTY'S NOTICE OF APPEARANCE OF COUNSEL AND DESIGNATION OF LEAD COUNSEL ON APPEAL

TO THE HONORABLE COURT OF APPEALS:

Pursuant to TEX. R. APP. P. 6, Appellee Jefferson County files this Notice of Appearance

of Counsel and Designation of Lead Counsel on Appeal as follows:

1.      Appellee designates the following attorneys as counsel on appeal:

KATHLEEN KENNEDY
Chief, Civil Division
Texas Bar No. 00798314

Jefferson County Criminal District Attorney's Office
Jefferson County, Texas
1085 Pearl Street, 3rd Floor
Beaumont, Texas 77701
Phone: 409 835 8577
Fax: 409 784 5893
kkennedy@co.jefferson.tx.us

1

Anthony F. Constant
Texas Bar No. 04711000
Special Counsel
Constant Law Firm
800 N. Shoreline Blvd., Ste. 2700 South
Corpus Christi, TX 78401
Telephone: (361) 698-8000
Telecopier: (361) 887-8010
office@constantlawfirm.com

2.   LEAD COUNSEL designation. Pursuant to TEX. R. APP. P. 6.1, Appellee hereby designates Anthony F. Constant office@constantlawfirm.com as LEAD COUNSEL on appeal.

3.   Appellee respectfully requests that the Court and other counsel in this case note this designation and send all further correspondence, orders, or other communications to Anthony F. Constant.

Respectfully submitted,

By: /s/ Anthony F. Constant
        Anthony F. Constant
        State Bar No. 04711000
        Constant Law Firm
        800 N. Shoreline Blvd., Ste. 2700 South
        Corpus Christi, TX 78401
        Telephone: (361) 698-8000
        Telecopier: (361) 887-8010
        office@constantlawfirm.com

        **ATTORNEY FOR APPELLEE**
        **JEFFERSON COUNTY**

## CERTIFICATE OF SERVICE

I certify that on November 8th a copy of the foregoing Notice was served upon all counsel of record registered with the Electronic Filing Service for this matter in compliance with the Texas Rules of Appellate Procedure.

/s/ Anthony F. Constant
Anthony F. Constant
office@constantlawfirm.com